JOHN DENNIS WASKEVITZ, BY HIS NEXT FRIEND, ROSE W. PALLITTO, PETITIONER-RESPONDENT, v. CLIFTON PAPER BOARD COMPANY, DEFENDANT-PETITIONER.

See same case below: 7 *N. J. Super.* 1.

*Mr. Stanley U. Phares* and *Mr. Isidor Kalisch* for the petitioner.

*Messrs. Marcus & Levy* and *Mr. Isadore Rosenbloom* for the respondent.

May 22, 1950. Denied.

BERNARD HOPLER, PLAINTIFF-RESPONDENT, v. HILL CITY COAL & LUMBER CO., DEFENDANT-PETITIONER.

See same case below: 7 *N. J. Super.* 24.

*Mr. Stanley U. Phares* and *Mr. Isidor Kalisch* for the petitioner.

*Mr. David Roskein* and *Mr. John A. Laird* for the respondent.

May 29, 1950. Denied.